# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,  ) | |
| ) | |
| Plaintiff,  ) | **ORDER** |
| ) | |
| vs.  ) | |
| ) | |
| Nicole Ramos,  ) | Case No. 1:22-cr-192 |
| ) | |
| Defendant.  ) | |

Attorney Lynn Boughey is appointed as substitute counsel for Defendant. Accordingly, attorney Lynn Boughey shall be substituted as counsel of record for Defendant. Assistant Federal Public Defender Erin Bolinger is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 6th day of November, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court